# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### 15-973
### consolidated with 15-972

JASMINE GRICE

VERSUS

ALEX ARDOIN

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 73955-A C/W 75327-B
HONORABLE GARY J. ORTEGO, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JOHN E. CONERY**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and John E. Conery, Judges.

**VACATED IN PART, REVERSED, AND RENDERED.**

Jonathan W. Brown
Attorney at Law
1025 Mill Street
Lake Charles, Louisiana  70601
(337) 564-6990
COUNSEL FOR DEFENDANT/APPELLANT:
    Jasmine Grice

Alex Ardoin
Avoyelles Parish Prison
675 Government Street
Marksville, Louisiana  71351
Pro se:
    Alex Ardoin

Juanita Jack
109 4th Street
Mamou, Louisiana  70554
Pro se:
    Juanita Jack

**CONERY, Judge.**

For the reasons set forth in the companion case in this consolidated matter, *Alex Ardoin v. Jasmine Grice*, 15-972 (La.App. 3 Cir. __/__/16), ___ So.3d ___, the judgment of the trial court awarding sole custody to Ms. Jack, the paternal grandmother of I.A. and a non-party to this custody dispute, is reversed. The custody of I.A. is granted to her mother, Ms. Jasmine Grice, effective immediately on this judgment becoming final. Ms. Juanita Jack is hereby ordered to transfer custody of I.A. to her mother, Ms. Jasmine Grice, on the date following finality of this judgment. To the extent necessary, a civil warrant may be issued by the trial court authorizing the sheriff of Evangeline Parish to assist Ms. Jasmine Grice in obtaining custody of her daughter, I.A.[1] All costs of all trial court proceedings and of this appeal are assessed to Alex Ardoin. Mr. Ardoin did not appeal. Therefore, the trial court's judgment of July 30, 2015 remains in effect as to the suspension of Mr. Alex Ardoin's visitation of I.A.

**VACATED IN PART, REVERSED, AND RENDERED.**

---

[1] Louisiana Revised Statutes 9:343